**Denied and Opinion Filed December 11, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01199-CV

### IN RE HAMID KASHANI, DDS, ET AL, Relators

**Original Proceeding from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-13028**

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen
Opinion by Justice Pedersen

Before the Court is Relators' petition for writ of mandamus regarding a) respondent's denial of pleas to the jurisdiction and motions to disqualify the plaintiff as relator in this qui tam lawsuit; and b) respondent's order compelling production of 60 patient files from each of the five defendant groups. Entitlement to mandamus relief requires relators to show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and the mandamus record, we conclude relators have not shown they are entitled to the relief requested. After reviewing the petition, the mandamus record, the response, reply, sur-reply, and the brief filed by the state, we conclude relators have not shown they are entitled to the relief requested.

Accordingly, we deny relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

BILL PEDERSEN. III
JUSTICE